IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

      Plaintiff,                             No. CIV S-07-0512 FCD GGH P

    vs.

WARDEN MCDONALD, et al.,

      Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. Plaintiff seeks a civil rights complaint form as well as the in forma pauperis form. The court will direct the Clerk to provide a civil rights complaint form as well.[1]

\\\\\

---

[1] Should plaintiff use the civil rights form to file an amended complaint, it will supersede his original complaint, and the original pleading will not serve any function in this case. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and the form for a prisoner to file a civil rights action in this district.

DATED:  4/2/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
lars0512.3a+