1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

      Plaintiff,                    No. CIV S-07-0512 FCD GGH P

      vs.

WARDEN MCDONALD, et al.,

      Defendants.             ORDER

_____/

      By Findings and Recommendations, filed on June 29, 2007, this court recommended that this matter be dismissed for plaintiff's failure to file an in forma pauperis affidavit or to pay the filing fee, per the court's Order, filed on April 2, 2007. By filing dated July 12, 2007, plaintiff requested an extension of time to file an application to proceed in forma pauperis, stating that he believed that he had previously sent in the in forma pauperis application and that he has had trouble with the trust office and mailroom in the past. The court will vacate the pending findings and recommendations, direct the clerk's office to provide plaintiff with one more in forma pauperis form, and allow plaintiff one more opportunity to file the in forma pauperis affidavit or to pay the filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

\\\\\
\\\\\

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 29, 2007, are hereby vacated;

2. The Clerk of the Court is directed to re-send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff's July 12, 2007 request for an extension of time is granted; and

4. Plaintiff is granted thirty days from the date of this order in which to file his application to proceed in forma pauperis. There will be no further extension of time.

DATED: 7/25/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
lars0512.36+