IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                                No. CIV S-07-0512 FCD GGH P

    vs.

WARDEN McDONALD, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the court's Findings and Recommendations of April 2, 2008. However, plaintiff has previously filed, on May 2, 2008 (# 21), a document entitled "Objections to Magistrate Judge Findings and Recommendations." In addition, even by application of the mailbox rule (wherein the request would be deemed filed as of April 30, 2008), the request was filed untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 5, 2008 (April 30, 2008) request for an extension of time (Docket #22) to file objections to the April 2, 2008 (# 17) Findings and Recommendations is denied.

DATED: 05/14/08

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
lars0512.36